AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of New Mexico

2025 SEP -4 AM 9:57

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1084 1:21CR00282-001WJ |
| Marqus C. Garcia | ) | **FILED** |
| Defendant | ) | UNITED STATES DISTRICT COURT<br>ALBUQUERQUE, NEW MEXICO |

## ARREST WARRANT

NOV 1 0 2025

To:   Any authorized law enforcement officer

MITCHELL R. ELFERS
CLERK

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Marqus C Garcia

Also Known As: Robinson, Deondre
Also Known As: Garcia, Marqus Critoval
Also Known As: Garcia, Mack
Also Known As: Garcia, Marqus Cristoval
Also Known As: Marqus, Garcia

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: the defendant failed to refrain from the use of controlled substances, failed to complete residential treatment program, received new law violation, and failed to refrain from associating with convicted felon.

Date:   September, 04, 2025

_____
Issuing Officer's signature

City and State:   Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
Printed name and title

### Return

This warrant was received on (date) 9/4/2025, and the person was arrested on (date) 11/10/2025 at (city and state) Albuquerque, NM.

Date: 11/10/2025

_____
Arresting officer's signature
R-MOTICM

Printed name and title